# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA

PEGGY A. WILLIAMS, individually

v.

TICKETMASTER, LLC., and LIVE NATION ENTERTAINMENT INC.

Case No. 2:24-MD- 3126 -BMM

Relating to: Case No.: 2:24-cv- 148

## ORDER GRANTING PRO SE PLAINTIFF'S MOTION TO PRESERVE AND ASSERT SEPARATE CLAIMS FOR INTELLECTUAL PROPERTY LINKED DAMAGES

COMES NOW, Peggy A. Williams, a **pro se litigant**, upon consideration of **Pro Se Plaintiff's Motion to Preserve Individual Claims and Interests**, and good cause appearing, IT IS HEREBY ORDERED that:

- Plaintiff's individual claims, as originally set forth in Plaintiff's complaint prior to transfer into this multidistrict litigation, remain preserved within MDL No. 2:24-md-01326.
- Plaintiff shall be served with all filings, notices, and deadlines relating to settlement, opt-out procedures, and objections.
- Nothing in this Order shall be construed to limit Plaintiff's right to pursue individual claims, to opt out of any class settlement, or to object to any settlement that inadequately addresses Plaintiff's individualized harms.

IT IS SO ORDERED.

Dated: September 1, 2026

Brian Morris
Brian Morris, Chief District Judge
United States District Courts